# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1661
_____

Jerry Edward Osteen,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James Matthew Colaw, Judge.

November 3, 2025

Per Curiam.

Affirmed.

Roberts, Kelsey, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender; and Ross Scott Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Florida Attorney General; and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.